**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

## 08 CIV. 3553

------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
    and
The Sunseeker Club in Annapolis, Inc.

    CIVIL NO. _____

                  Plaintiffs,

       -against-

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all
other necessaries thereunto appertaining and belonging
*in rem*;

The Sunseeker Club, Inc. *in personam*;

M/Y BACKCOVE29030 (Hull ID No. NEH29030G405),
her engines, tackle, apparel, furniture, equipment and all
other necessaries thereunto appertaining and belonging
*in rem*;

The Sunseeker Club at Castaways, Inc., *in personam*

                  Defendants.

------------------------------------------------------------x

## JUDGE KARAS

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Progressive Enterprises, Inc./Castaways Yacht Club and The Sunseeker Club In Annapolis, Inc. (private non-governmental parties) certifies that plaintiffs have no corporate parents, affiliates and/or subsidiaries which are publicly held.

[signature on next page]

1

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Dated: April 10, 2008
      New York, New York

By: _____
    Michael B. McCauley (7231)
    140 Broadway, 46th Floor
    PMB46030
    New York, NY 10005
    (212)·406·1855
    (212)·858·7651 (Fax)
    mccauley@pbh.com