USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
        and
The Sunseeker Club in Annapolis, Inc.                                   CIVIL NO. 08-3553-KMK-GAY

                                        Plaintiffs,                     ECF CASE

                -against-

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all
other necessaries thereunto appertaining and belonging
*in rem*;

The Sunseeker Club, Inc. *in personam*;

M/Y BACKCOVE29030 (Hull ID No. NEH29030G405),
her engines, tackle, apparel, furniture, equipment and all
other necessaries thereunto appertaining and belonging
*in rem*;                                                               ORDER TO ISSUE WARRANTS
                                                                        FOR ARREST OF VESSEL

The Sunseeker Club at Castaways, Inc., *in personam*

                                        Defendants.
--------------------------------------------------------------------x

        Upon review of the Verified Complaint and Plaintiffs' Motion for an Order directing the

Clerk of Court to issue a Warrant for the arrest of the M/Y CUQUITO and a Warrant for the

arrest of the M/Y BACKCOVE29030, and the conditions for an *in rem* action appearing to exist,

        IT IS ORDERED that the Clerk of Court shall issue a Warrant for the arrest of the Motor

Yacht the Motor Yacht CUQUITO (Hull ID No. TNRD1719J091), her engines, tackle, apparel,

furniture, equipment and all other necessaries thereunto appertaining and belonging;

1

IT IS FURTHER ORDERED that the Clerk of Court shall issue a Warrant for the arrest of

the Motor Yacht BACKCOVE29030 (Hull ID No.NEH29030G405), her engines, tackle, apparel,

furniture, equipment and all other necessaries thereunto appertaining and belonging;

IT IS FURTHER ORDERED that any person who asserts a right of possession or any

ownership interest in the property arrested pursuant to said Warrants may, upon a showing of any

improper practice or a manifest want of equity on the part of Plaintiffs, be entitled to an order

requiring Plaintiffs to show cause forthwith why the arrest should not be vacated or other relief

granted; and

IT IS FURTHER ORDERED that a copy of this Order and a copy of the Verified Complaint

be attached to and served with each of the Warrants upon execution.

Dated: April 16, 2008
       White Plains, New York

UNITED STATES DISTRICT JUDGE