U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Case 7:08-cv-3553-KMK    Document 7    Filed 07/07/2008    Page 1 of 2

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Progressive Enterprises, Inc. | 08-cv-3553-KMK |
| DEFENDANT | TYPE OF PROCESS |
| M/Y CUQUITO | Vessel Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/Y CUQUITO (Hull ID TNRD1719J091) her engines, tackle, etc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 425 Davenport Avenue, New Rochelle, NY 10805

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael B. McCauley, Esq.
Palmer Biezup & Henderson LLP
140 Broadway, PMB 46030
New York, NY 10005
212 406 1855

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please telephone undersigned counsel in advance to advise when deputy will be available to make the arrest.
The substitute custodian will be Progressive Enterprises, Inc. (914) 636-8444

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 212 406 1855
DATE: 04/30/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date 5/5/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 5/2/07  Time: 1:55 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED         **3. NOTICE OF SERVICE**         FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Progressive Enterprises, Inc. | 08-cv-3553-KMK |
| DEFENDANT | TYPE OF PROCESS |
| M/Y BACKCOVE ~~#*###~~ 29030 | Vessel Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y BACKCOVE 29030 (Hull ID No. NEH29030G405) her engines, tackle,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
425 Davenport Avenue, New Rochelle, NY 10805

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael B. McCauley, Esq.
Palmer Biezup & Henderson LLP
140 Broadway, PMB 46030
New York, NY 10005

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please telephone undersigned counsel in advance to advise when deputy will be available to make the arrest.
The substitute custodian will be Progressive Enterprises, Inc. (914) 363-84[cut off]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212 406 1855
DATE: 04/30/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P2 | 54 | 97 | D. Buerga | 5/5/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Allen Mehane

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/2/08    Time: 1150 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 175.00 | 33.74 | | 158.74 | | | |

REMARKS:
Allen Mehane [illegible] US Marshall seal

08-3553-1

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |