# AFFIDAVIT OF PUBLICATION
## from
## The Journal News

Larry Cicchiello
_____ being duly sworn says the principal clerk of The Journal News, a newspaper published in the County of Westchester, State of New York, and the notice of which the annexed is a printed copy, was published in said newspaper area(s) on the date(s) below:

**Note:** The two-character code to the left of the run dates indicates the zone(s) the notice published. (See Legend below)

AC   06/11/08
AS   06/11/08

Signed _Lary Cicchielli_____

Sworn to before me

This __19TH__ day of __June__ 20 __08__

_____
Notary Public, Westchester County

JACK L SHARP
Notary Public, State of New York
No. 01SH6019087
Qualified in Rockland County
Term Expires Feb. 1 2011

---

Clipping (notice):

U.S. District Court, Southern District of New York
Progressive Enterprises, Inc./ Castaways Yacht Club and The Sunseeker Club in Annapolis, Inc. v. M/Y CUQUITO and M/Y BACKCOVE29030
Case No. 08-3553-KMK

Notice is given that on May 29, 2008, the U.S. Marshal arrested the M/Y CUQUITO and M/Y BACKCOVE29030 to enforce preferred mortgage liens in the principal amount of $51,276.60 and $136,083.69, respectively. Any person claiming a right of possession or an ownership interest in either vessel must file a verified statement of right or interest with the Clerk of Court by June 23, 2008 and serve an answer within 20 days after filing said statement; otherwise default will be noted and condemnation ordered. Michael B. McCauley, Palmer Biezup & Henderson, 140 Broadway, 46th Floor, New York, NY 10005, (212) 406-1855, Attorney for Plaintiffs. Joseph R. Guccione, U.S. Marshal.

---

**Legend:**
**Northern Area (AN):**
Amawalk, Armonk, Baldwin Place, Bedford, Bedford Hills, Briarcliff Manor, Buchanan, Chappaqua, Crompond, Cross River, Croton Falls, Croton on Hudson, Goldens Bridge, Granite Springs, Jefferson Valley, Katonah, Lincolndale, Millwood, Mohegan Lake, Montrose, Mount Kisco, North Salem, Ossining, Peekskill, Pound Ridge, Purdys, Shenorock, Shrub Oak, Somers, South Salem, Verplanck, Waccabuc, Yorktown Heights, Brewster, Carmel, Cold Spring, Garrison, Lake Peekskill, Mahopac, Mahopac Falls, Putnam Valley, Patterson
**Central Area (AC):**
Ardsley, Ardsley on Hudson, Dobbs Ferry, Elmsford, Harrison, Hartsdale, Hastings, Hastings on Hudson, Hawthorne, Irvington, Larchmont, Mamaroneck, Pleasantville, Port Chester, Purchase, Rye, Scarsdale, Tarrytown, Thornwood, Valhalla, White Plains, Greenburgh
**Southern Area (AS):** Bronxville, Eastchester, Mount Vernon, New Rochelle, Pelham, Tuckahoe, Yonkers
**Greater Westchester (GW):** Includes Northern, Central and Southern Areas

**Rockland Area (JN or RK):** Blauvelt, Congers, Garnerville, Haverstraw, Hillburn, Monsey, Nanuet, New City, Nyack, Orangeburg, Palisades, Sloatsburg, Sparkill, Spring Valley, Stony Point, Suffern, Tallman, Tappan, Thiells, Tomkins Cove, West Haverstraw, West Nyack, Pearl River, Piermont, Valley Cottage, Pomona

**Northern Westchester Express (XNW):** Armonk, Bedford, Bedford Hills, Chappaqua, Katonah, Mount Kisco, Pleasantville, Thornwood.
**Putnam Express (XPU):** Baldwin Place, Brewster, Carmel, Mahopac, Patterson, Putnam Valley
**Sound Shore Express (XSS):** Harrison, Larchmont, Mamaroneck, New Rochelle, Pelham, Port Chester, Purchase, Rye
**White Plains Express (XWP):** Elmsford, Hawthorne, Valhalla, White Plains
**Yorktown & Cortlandt Express (XYC):** Buchanan, Cortlandt Manor, Crompond, Croton on Hudson, Crugers, Jefferson Valley, Lincolndale, Mohegan Lake, Montrose, Ossining, Peekskill, Shenorock, Shrub Oak, Verplanck, Yorktown Heights

**Review Press (BVW):**
Bronxville, Eastchester, Scarsdale, Tuckahoe

---

Ad Number- H02538297     Account Number - 014828402