UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
    and
The Sunseeker Club in Annapolis, Inc.          **CIVIL NO. 08-3553-KMK-GAY**

                        Plaintiffs,          **ECF CASE**

       -against-

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all
other necessaries thereunto appertaining and belonging
*in rem*;

The Sunseeker Club, Inc. *in personam*;

M/Y BACKCOVE29030 (Hull ID No. NEH29030G405),
her engines, tackle, apparel, furniture, equipment and all
other necessaries thereunto appertaining and belonging    **NOTICE OF DISMISSAL AS TO**
*in rem*;                                                                                                                                                                         **IN PERSONAM DEFENDANTS**

The Sunseeker Club at Castaways, Inc., *in personam*

                        Defendants.
------------------------------------------------------------------x

       Progressive Enterprises, Inc./Castaways Yacht Club and The Sunseeker Club in Annapolis, Inc. ("Plaintiffs"), by and through their attorneys, hereby dismiss this action as to *in personam* defendants The Sunseeker Club, Inc. and The Sunseeker Club at Castaways, Inc.

       This dismissal is without prejudice and applies only to *in personam* defendants The Sunseeker Club, Inc. and The Sunseeker Club at Castaways, Inc.

PBH: 197918.1

1

                                        Respectfully submitted,

                                        PALMER, BIEZUP & HENDERSON LLP

Dated: New York, New York       By: _____
      July 23, 2008                          Michael B. McCauley (7231)
                                        140 Broadway, 46th Floor
                                        PMB 46030
                                        New York, NY 10005
                                        (212) 406-1855
                                        (212) 858-7651 (Fax)
                                        mccauley@pbh.com
                                        Attorneys for Plaintiffs

PBH: 197918.1