UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
   and
The Sunseeker Club in Annapolis, Inc.           CIVIL NO. 08-3553-KMK-GAY

     -against-                                 ECF CASE

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all     MOTION TO ADMIT COUNSEL
other necessaries thereunto appertaining and belonging   PRO HAC VICE
*in rem*, et al.
-----------------------------------------------------------------x

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. McCauley, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

       Daniel H. Wooster
       Palmer Biezup & Henderson LLP
       620 Chestnut Street
       Suite 956
       Philadelphia, PA 19106
       (215) 625-9900
       (215) 625-1085 (Fax)

       Mr. Wooster is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. A certificate of good standing from each of these jurisdictions is attached. There is no pending disciplinary proceeding against Mr. Wooster in any State or Federal Court.

PBH: 197857.1

1

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Dated: July 2?, 2008
New York, New York

By: _____
Michael B. McCauley (7231)
140 Broadway, PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)
mccauley@pbh.com
Attorneys for Plaintiffs

PBH: 197857.1



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Daniel Harold Wooster, Esq.*

**DATE OF ADMISSION**

*October 27, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 16, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DANIEL H WOOSTER** (No. **039462003**) was constituted and appointed an Attorney at Law of New Jersey on **December 09, 2003** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **17TH** day of **July**, 20 **08**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| Progressive Enterprises, Inc./Castaways Yacht Club<br>  and<br>The Sunseeker Club in Annapolis, Inc.<br><br>-against-<br><br>M/Y CUQUITO (Hull ID No. TNRD1719J091), her engines, tackle, apparel, furniture, equipment, and all other necessaries thereunto appertaining and belonging *in rem*, et al. | CIVIL NO. 08-3553-KMK-GAY<br><br>ECF CASE<br><br>DECLARATION OF MICHAEL B. MCCAULEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

-------------------------------------------------------------x

Michael B. McCauley hereby declares as follows:

1. I am counsel for plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion for admission of Daniel H. Wooster as counsel pro hac vice to represent plaintiffs Progressive Enterprises, Inc. and The Sunseeker Club in Annapolis, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York and am admitted to practice law in Pennsylvania, New Jersey and Delaware. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Mr. Wooster since 2003.

4. Mr. Wooster is an associate at Palmer Biezup & Henderson's offices in Philadelphia, Pennsylvania and Camden, New Jersey.

PBH: 197857.1

1

5.   I have found Mr. Wooster to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6.   Accordingly, I am pleased to move the admission of Daniel H. Wooster, pro hac vice.

7.   I respectfully submit the proposed order granting the admission of Daniel H. Wooster, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Daniel H. Wooster, pro hac vice, to represent the plaintiffs in the above referenced matter, be granted.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: July ____, 2008
New York, New York

_____
Michael B. McCauley (7231)
140 Broadway, 46th Floor
PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)
mccauley@pbh.com
Attorneys for Plaintiffs

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
  and
The Sunseeker Club in Annapolis, Inc.      CIVIL NO. 08-3553-KMK-GAY

   -against-            ECF CASE

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all
other necessaries thereunto appertaining and belonging  CERTIFICATE OF SERVICE
*in rem*, et al.
-------------------------------------------------------------x

   I hereby certify that on the 23rd day of July 2008, a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice, with supporting Declaration and proposed form of Order, was served by first-class mail addressed to:

       The Sunseeker Club at Castaways, Inc.
       425 Davenport Avenue
       New Rochelle, NY 10805

       The Sunseeker Club in Annapolis, Inc.
       846 Shady Oaks Road
       West River, MD 20778

          PALMER BIEZUP & HENDERSON LLP

          By: *[signature]*
          Michael B. McCauley (7231)
          140 Broadway, 46th Floor
          PMB 46030
          New York, NY 10005
          (212) 406-1855
          (212) 858-7651 (Fax)
          mccauley@pbh.com
          Attorneys for Plaintiffs

PBH: 197857.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
    and
The Sunseeker Club in Annapolis, Inc.                   CIVIL NO. 08-3553-KMK-GAY

     -against-                                           ECF CASE

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all      **ORDER FOR ADMISSION**
other necessaries thereunto appertaining and belonging  **PRO HAC VICE**
*in rem*, et al.                                             **ON WRITTEN MOTION**
----------------------------------------------------------------x

        Upon the motion of Michael B. McCauley, attorney for plaintiffs and said sponsor attorney's declaration in support;

        **IT IS HEREBY ORDERED** that

                Daniel H. Wooster
                Palmer Biezup & Henderson LLP
                620 Chestnut Street
                Suite 956
                Philadelphia, PA 19106
                (215) 625-9900
                (215) 625-1085 (Fax)

        is admitted to practice pro hac vice as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July ____, 2008
         White Plains, New York

                                              _____
                                              UNITED STATES DISTRICT JUDGE

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#