UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Progressive Enterprises, Inc./Castaways Yacht Club
    and
The Sunseeker Club in Annapolis, Inc.                    **CIVIL NO. 08-3553-KMK-GAY**

                -against-                                          **ECF CASE**

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all
other necessaries thereunto appertaining and belonging
*in rem*;

                                                                     **ORDER TO SHOW CAUSE**

M/Y BACKCOVE29030 (Hull ID No. NEH29030G405),
her engines, tackle, apparel, furniture, equipment and all
other necessaries thereunto appertaining and belonging
*in rem*.
------------------------------------------------------------------x

       On consideration of plaintiffs' application for the entry of a default judgment *in rem* and order directing the sale of the M/Y CUQUITO (Hull ID No. TNRD1719J091), her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, and of the M/Y BACKCOVE29030 (Hull ID No. NEH29030G405), her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging (together "the Vessels"); it is

       ORDERED that any person claiming a right of possession or an ownership interest in the Vessels or either of them shall show cause before this Court in Courtroom 521 of the United States Courthouse, White Plains, New York, on ___9/16___, 2008, at ___10:00 AM___ a.m./p.m. why a default judgment *in rem* and order directing the sale of the Vessels should not be entered; and it is further

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

~~ORDERED that plaintiffs' counsel shall be permitted to appear at the aforementioned conference by telephone.~~

So ORDERED.

Dated: White Plains, New York
July 31, 2008

_____
UNITED STATES DISTRICT JUDGE