UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Progressive Enterprises, Inc./Castaways Yacht Club
    and
The Sunseeker Club in Annapolis, Inc.          CIVIL NO. 08-3553-KMK-GAY

      -against-                        ECF CASE

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all    ORDER FOR ADMISSION
other necessaries thereunto appertaining and belonging    PRO HAC VICE
*in rem*, et al.                                        ON WRITTEN MOTION
-----------------------------------------------------------------x

       Upon the motion of Michael B. McCauley, attorney for plaintiffs and said sponsor attorney's declaration in support;

    **IT IS HEREBY ORDERED** that

        Daniel H. Wooster
        Palmer Biezup & Henderson LLP
        620 Chestnut Street
        Suite 956
        Philadelphia, PA 19106
        (215) 625-9900
        (215) 625-1085 (Fax)

is admitted to practice pro hac vice as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

✓ Dated: July 31, 2008                            So ORDERED.
       White Plains, New York

                                                            UNITED STATES DISTRICT JUDGE

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```