UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Progressive Enterprises, Inc./Castaways Yacht Club
    and
The Sunseeker Club in Annapolis, Inc.                        CIVIL NO. 08-3553-KMK-GAY

              -against-                                             ECF CASE

M/Y CUQUITO (Hull ID No. TNRD1719J091), her
engines, tackle, apparel, furniture, equipment, and all
other necessaries thereunto appertaining and belonging
*in rem*;

M/Y BACKCOVE29030 (Hull ID No. NEH29030G405),
her engines, tackle, apparel, furniture, equipment and all    **AFFIRMATION OF SERVICE**
other necessaries thereunto appertaining and belonging
*in rem*.
------------------------------------------------------------------x

       I, MICHAEL B. McCAULEY, affirm under penalty of perjury that on this 6th day of

August 2008, conformed copies of the Court's Order to Show Cause (Doc. No. 14) were served

via first class mail and Federal Express overnight delivery service to The Sunseeker Club, Inc.,

425 Davenport Avenue, New Rochelle, NY 10805, which is the only entity known to have an

interest in the defendant vessel M/Y CUQUITO; and to The Sunseeker Club at Castaways, Inc.,

425 Davenport Avenue, New Rochelle, NY 10805, which is the only entity known to have an

interest in the defendant vessel M/Y BACKCOVE29030.

Dated: August 5, 2008                           PALMER BIEZUP & HENDERSON LLP
       New York, New York                    By: _____
                                                     Michael B. McCauley (7231)
                                                     140 Broadway, 46th Floor
                                                     PMB 46030
                                                     New York, NY 10005
                                                     (212) 406-1855
                                                     (212) 858-7651 (Fax)
                                                     mccauley@pbh.com
                                                     Attorneys for Plaintiffs